**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50373 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00199-RGK |
| v. | |
| OSWALDO OROZCO SAUCEDA, a.k.a. Oswaldo Orozco, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted October 14, 2015[**]

Before:     SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Oswaldo Orozco Sauceda appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for being an illegal

alien found in the United States following deportation, in violation of 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Orozco Sauceda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Orozco Sauceda the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Orozco Sauceda waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary.  He also waived the right to appeal his sentence, with the exception of the court's calculation of his criminal history category.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Orozco Sauceda's plea or the criminal history category calculated by the court.  We therefore affirm as to those issues.  We dismiss the remainder of the appeal in light of the valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**